IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUG HAGOOD and CAREY MOORE on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3-02-0226 |
| v. | ) ) | |
| CITY OF LEBANON, TENNESSEE, | ) ) | |
| Defendant/Third Party Plaintiff | ) ) ) | |
| v. | ) ) | |
| MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION; and BELLSOUTH TELECOMMUNICATIONS, INC. | ) ) ) ) ) | |
| Third Party Defendants | ) | |

**O R D E R**

In accordance with the contemporaneously entered memorandum, the plaintiffs' motion for attorney fees, expert witness fees and costs (Docket Entry No. 105) is GRANTED as follows:

1. K. Cody Allison is awarded attorney's fees in the amount of $53,493.05;

2. J. Todd Faulkner is awarded attorney's fees in the amount of $22,342.76; and

3. The plaintiffs are awarded $6555.00, for expert witness fees.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge